IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

T.S. MOTHER OF A.S., A CHILD,

     Appellant,

v.

Case No. 5D17-1054

DEPARTMENT OF CHILDREN AND FAMILES,

     Appellee.
_____/

Opinion filed May 24, 2017

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Ryan Thomas Truskoski, Jeffrey Deen and Lori D. Loftis, of the Office of the Criminal and Civil Regional Counsel, Casselberry, for Appellant.

Kelley Schaeffer, of Children's Legal Services, Bradenton, for Appellee.

ON CONCESSION OF ERROR

PER CURIAM.

     Upon consideration of the concession of error filed by Appellee, we reverse the trial court's March 7, 2017 order and remand for an order that establishes a specific visitation schedule for the Mother.

     REVERSED and REMANDED.

COHEN, C.J., BERGER and LAMBERT, JJ., concur.